Case 8:02-cr-00459-RAL   Document 322   Filed 12/27/06   Page 1 of 2 PageID 1162
AO245D (Rev. 10/06) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For Revocation of Supervised Release) |
| v. | |
| | Case Number: 8:02-cr-459-T-26EAJ |
| LEE ROY GARZA | USM Number: 22197-179 |
| | |
| | Mary Mills |
| | Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of a condition of the term of supervision.

_____ was found in violation of condition(s) _____ after denial of guilt.

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| One | Alleged new criminal conduct occurring while on supervision | March 29, 2006 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

December 22, 2006
Date of Imposition of Judgment

RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE

12/27/06
Date

DEFENDANT: Lee Roy Garza
CASE NUMBER: 8:02-cr-459-T-26EAJ

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **TWELVE (12) MONTHS CONSECUTIVE** to the sentence imposed in the Western District of Missouri in case number 06-2131JCE-01.

\_\_\_\_\_ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The defendant is remanded to the custody of the United States Marshal.

\_\_\_\_\_ The defendant shall surrender to the United States Marshal for this district:

    \_\_\_ at _____ a.m.   p.m.   on _____.

    \_\_\_ as notified by the United States Marshal.

\_\_\_\_\_ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    \_\_\_ before 2 p.m. on _____.

    \_\_\_ as notified by the United States Marshal.

    \_\_\_ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL